UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA,

        Plaintiff,　　　　　　　　　　　ORDER

vs　　　　　　　　　　　　　　　　　　1:07-CR-243 (2)

CONG THANH TRUONG

        Defendant.

---

The sum of $5,000.00 was deposited in the Registry of this Court on January 11, 2007 by Thi Thanh Thao Truong, the Surety herein, to secure the appearance of Cong Thanh Truong, the Defendant herein, before this Court and to answer to charges pending against him.

On June 10, 2008, before the Hon. Richard J. Arcara, the Defendant pled guilty and on October 1, 2008 was sentenced to time served followed by 2 years supervised release. The Defendant was also ordered to pay a $100.00 special penalty assessment which has been paid in full.

N O W, upon verbal request and tender of this Court's original receipt number BUF001274 from Thi Thanh Thao Truong, the Surety herein, requesting refund of said cash bail, it is

O R D E R E D, that the Clerk of the Court is hereby directed to issue a U.S. Treasury check in the amount of $5,000.00 made payable to Thi Thanh Thao Truong representing the refund of said cash bail.

SO ORDERED.

                                           s/ *Richard J. Arcara*
                                           HONORABLE RICHARD J. ARCARA
                                           CHIEF JUDGE
                                           UNITED STATES DISTRICT COURT

DATED: October 17, 2008